❧ PS 8
(3/15)

Case 2:15-cr-00031-JLQ   Document 66   Filed 06/16/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 16, 2015

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Leland, John Earl | Docket No. | 0980 2:15CR00031-001 |

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Earl Leland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 5th day of May 2015 under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana.

**Conditions #21:** Defendant shall submit to any method of testing required by the Pretrial Service Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and /or any form of prohibited substance screening or testing. Defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** John E. Leland is considered to be in violation of the pretrial release conditions by failing to submit to drug testing on May 18, 2015.

**Violation #2:** John E. Leland is considered to be in violation of the pretrial release conditions by using a controlled substance, cocaine and prescription opiates, on or prior to May 28, 2015.

**Violation #3:** John E. Leland is considered to be in violation of the pretrial release conditions by using a controlled substance, cocaine, on or about to May 31, 2015.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |
|---|---|
|   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   | Executed on: June 15, 2015 |
| by | s/Curtis G. Hare |
|   | Curtis G. Hare<br>U.S. Pretrial Services Officer |

PS-8
Re: Leland,, John Earl
June 15, 2015
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

June 16, 2015
_____
Date