✎ PS 8
(3/15)

Case 2:15-cr-00031-JLQ   Document 69   Filed 06/19/15

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 19, 2015

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Leland, John Earl | Docket No. | 0980 2:15CR00031-001 |

## Petition for Action on Conditions of Pretrial Release

    COMES NOW     Curt Hare, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant John Earl Leland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers sitting in the court at Spokane, Washington, on the 5th day of May 2015 under the following conditions:

**Condition #9:** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law.  Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana.

**Conditions #20:** Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer, and complete any recommended treatment.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #4:** John E. Leland is considered to be in violation of the pretrial release conditions by testing positive for the use of cocaine, amphetamines, and marijuana, on or about to June 17, 2015.

**Violation #5:** John E. Leland is considered to be in violation of the pretrial release conditions by failing to report for a scheduled substance abuse evaluation appointment on June 9, 2015, and June 15, 2015.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

                                            I declare under the penalty of perjury that the foregoing is true and correct.

by

Executed on:     June 18, 2015

s/Curtis G. Hare

Curtis G. Hare
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

June 19, 2015

Date