PROB 12C
(6/16)

Report Date:  March 19, 2021

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

### Eastern District of Washington

## Mar 19, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland                Case Number: 0980 2:15CR00031-WFN-1

Address of Offender:                              Washington 98937

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Original Offense: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: December 22, 2020 |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: December 21, 2030 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

1        **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervision by consuming controlled substances, methamphetamine and cocaine, on or about February 18, 2021.

Per COVID-19 procedures, on December 28, 2020, a probation officer virtually met with Mr. Leland and reviewed the conditions of his supervised release. Mr. Leland acknowledged an understanding of his conditions.

On February 18, 2021, this officer received notice that Mr. Leland failed to report for his urinalysis (UA) testing at Social Treatment Opportunity Programs (STOP) in Moses Lake, Washington.  After receiving notice that Mr. Leland failed to report for his UA, this officer

Prob12C
**Re: Leland, John Earl**
**March 19, 2021**
**Page 2**

directed Mr. Leland to report for his UA by 3 p.m. at STOP.  Mr. Leland reported as directed, and provided a presumptive positive UA sample for methamphetamine and cocaine. The UA sample was sent to Alere Toxicology Services for confirmation. On March 6, 2021, the UA sample returned with positive results for methamphetamine and cocaine.

Initially, Mr. Leland denied consuming controlled substances.  He contacted this officer on February 22, 2021, and admitted that he used controlled substances prior to submitting his UA test at STOP on February 18, 2021.

2          **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervision by failing to report for a UA test as directed on March 11, and 12, 2021.

Per COVID-19 procedures, on December 28, 2020, a probation officer virtually met with Mr. Leland and reviewed the conditions of his supervised release. Mr. Leland acknowledged an understanding of his conditions.

On March 12, 2021, this officer received notice from STOP that Mr. Leland failed to report for his colorline UA test on March 11, 2021.   On March 12, 2021, this officer called Mr. Leland on his cellular telephone and left a voice message directing him to report to STOP by 4 p.m. to submit to a UA test.  This officer also asked the offender to call this officer back to discuss his missed UA.

On March 15, 2021, this officer called Mr. Leland to discuss his missed UA test.  Mr. Leland stated he got this officer's voice message and he did not provide a UA sample a STOP on March 12, 2021, because his color was not called on March 11, 2021.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     March 19, 2021

s/Phil Casey

Phil Casey
U.S. Probation Officer

**Prob12C**
**Re: Leland, John Earl**
**March 19, 2021**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   Other

_____
Signature of Judicial Officer

_____3/19/2021_____
Date