PROB 12C
(6/16)

Report Date: June 16, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2021

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland        Case Number: 0980 2:15CR00031-WFN-1

Address of Offender:        Washington 98937

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Original Offense: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months      Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Hicks      Date Supervision Commenced: December 22, 2020 |
| Defense Attorney: | Houston Goddard      Date Supervision Expires: December 21, 2030 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on March 19, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition #16:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervision by consuming controlled substances, methamphetamine and cocaine, on or about June 10, 2021.

Per COVID-19 procedures, on December 28, 2020, a probation officer virtually met with Mr. Leland and reviewed the conditions of his supervised release. Mr. Leland acknowledged an understanding of his conditions.

On June 10, 2021, Mr. Leland reported to Social Treatment Opportunity Programs (STOP) in Moses Lake, Washington, to provide his urinalysis (UA) sample. Mr. Leland provided

**Prob12C**
**Re: Leland, John Earl**
**June 16, 2021**
**Page 2**

a presumptive positive UA sample for methamphetamine and cocaine. The UA sample was sent to Alere Toxicology Services for confirmation.

Mr. Leland has been honest about his use of consuming controlled substances and signed a drug use admission form at STOP. He also contacted this officer about his use of controlled substances and is maintaining daily contact with this officer for support and accountability.

The U.S. Probation Office respectfully recommends the Court incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | June 16, 2021 |
| | s/Phil Casey |
| | Phil Casey |
| | U.S. Probation Officer |

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

6/17/2021

Date