PROB 12C
(6/16)

Report Date: June 24, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jun 25, 2021**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland          Case Number: 0980 2:15CR00031-WFN-1

Address of Offender:                        Washington 98937

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

Original Offense:     Original Offense: Conspiracy to Distribute 50 Grams or More of a Mixture or Substance
                      Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1),
                      (b)(1)(B)(viii)

Original Sentence:    Prison - 70 months          Type of Supervision: Supervised Release
                      TSR - 120 months

Asst. U.S. Attorney:  Earl Hicks                  Date Supervision Commenced: December 22, 2020

Defense Attorney:     J Houston Goddard           Date Supervision Expires: December 21, 2030

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 19 and June 16, 2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #16:**  You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervision by consuming controlled substances, methamphetamine and cocaine, on or about June 21, 2021.

Per COVID-19 procedures, on December 28, 2020, a probation officer virtually met with Mr. Leland and reviewed the conditions of his supervised release. Mr. Leland acknowledged an understanding of his conditions.

On June 22, 2021, Mr. Leland called this officer as directed and admitted to consuming methamphetamine and cocaine on June 21, 2021. He also reported he changed his treatment

Prob12C
**Re: Leland, John Earl**
**June 24, 2021**
**Page 2**

appointment at Grant Integrated Services from June 22, 2021, to June 23, 2021, due to his work schedule. At the conclusion of the telephone call, Mr. Leland was directed to continue calling this officer daily until directed otherwise.

5          **Standard Condition #2:** The defendant shall report to the probation officer in a manner and frequency directed by the court of probation officer.

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervision by not telephonically reporting to probation as directed on June 23, 2021.

Per COVID-19 procedures, on December 28, 2020, a probation officer virtually met with Mr. Leland and reviewed the conditions of his supervised release. Mr. Leland acknowledged an understanding of his conditions.

On June 22, 2021, Mr. Leland called this officer as directed for his daily check in due to his recent noncompliance with his supervised release conditions. At the conclusion of the telephone call, Mr. Leland was directed to call this officer after his substance abuse treatment appointment on June 23, 2021, to provide a status update.

Mr. Leland failed to call this officer on June 23, 2021, as directed.

The U.S. Probation Office respectfully recommends the Court issues a warrant and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     June 24, 2021
_____

s/Phil Casey
_____

Phil Casey
U.S. Probation Officer

Prob12C
**Re: Leland, John Earl**
**June 24, 2021**
**Page 3**

THE COURT ORDERS
[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[ ]    Defendant to appear before the Judge assigned to the
       case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

6/25/2021
_____
Date