PROB 12C
(6/16)

Report Date: January 6, 2022

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2022

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland                     Case Number: 0980 2:15CR00031-WFN-1

Address of Offender:                     Moses Lake, Washington 98837

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii) and 846 |
| Original Sentence: | Prison - 70 months; TSR - 120 months |
| | Type of Supervision: Supervised Release |
| Revocation Sentence: (07/20/2021) | Prison - 90 days; TSR - 9 years |
| Asst. U.S. Attorney: | David Michael Herzog |
| | Date Supervision Commenced: September 3, 2021 |
| Defense Attorney: | Andrea K. George |
| | Date Supervision Expires: September 2, 2030 |

### PETITIONING THE COURT

To **issue a SUMMONS** and incorporate the following violations.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

3            **Standard Condition #2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

            **Supporting Evidence**: The defendant is considered to be in violation of his conditions of supervised release by failing to report as directed following the completion of his residential treatment on or about December 28, 2021.

            Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the revocation judgment ordered by the Court on July 21, 2021. However, Mr. Leland has previously reviewed his prior judgment and commitment which held him accountable for the same terms of supervised release on December 28, 2020. Specifically, he understood he was expected to report, as directed as stated in standard condition number 2.

Prob12C
Re: Leland, John Earl
January 6, 2022
Page 2

On December 20, 2021, this officer spoke to Mr. Leland while he was the inpatient facility, and it was agreed he would contact this officer following the completion of his residential treatment and transition to the St. Marie Property at 4462 Apple Lane NE, in Moses Lake, Washington. The anticipated date of transition into the community was on or about December 28, 2021. Mr. Leland failed to contact this officer as directed. By way of a collateral contact, this officer was able to locate and communicate with Mr. Leland on January 3, 2022.

4   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervised release by failing to submit to drug testing on or about January 3, 2022.

Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the revocation judgment ordered by the Court on July 21, 2021. However, Mr. Leland has previously reviewed his prior judgment and commitment which held him accountable for the same terms of supervised release on December 28, 2020. Specifically, he understood he would be subject to random drug testing at the direction of this officer, as stated in special condition number 3.

During a phone call on January 3, 2022, Mr. Leland was directed by this officer to go to Social Treatment Opportunities Program (STOP) in Moses Lake, Washington, for drug testing. Mr. Leland indicated he understood and would report for testing. On January 4, 2021, telephonic contact was made with Mr. Leland who admitted to this office he did not submit to drug testing as directed.

5   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Leland is considered to be in violation of his conditions of supervised release by using controlled substances, methamphetamine and marijuana, on or about January 2, 2022.

Due to Mr. Leland being transported directly from custody to residential treatment, he did not sign the revocation judgment ordered by the Court on July 21, 2021. However, Mr. Leland has previously reviewed his prior judgment and commitment which held him accountable for the same terms of supervised release on December 28, 2020. Specifically, he understood he was prohibited from using controlled substances, as stated in special condition number 3.

During a phone call on January 4, 2022, Mr. Leland was asked by this officer if he had relapsed and he readily admitted to using methamphetamine and marijuana approximately 2 days prior, January 2, 2022.

Prob12C
Re: Leland, John Earl
January 6, 2022
Page 3

The U.S. Probation Office respectfully recommends the Court incorporate the alleged violations and **issue a SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Emely Cubias

January 6, 2022

Emely Cubias
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

01/06/2022
Date