PROB 12C
(6/16)

Report Date: November 13, 2023

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

for the

## Nov 13, 2023

Eastern District of Washington

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Earl Leland | Case Number: 0980 2:15CR00031-JAG-1 |
| Address of Offender: ███████████, Spokane, Washington 99201 | |

Name of Sentencing Judicial Officer: The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: January 13, 2016

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 70 months; TSR - 120 months |
| Revocation Sentence: (July 20, 2021) | Prison - 90 days; TSR - 108 months |
| Revocation Sentence: (February 28, 2022) | Prison - 14 months; TSR - 108 months |
| Asst. U.S. Attorney: | Daniel Fruchter |
| Defense Attorney: | Andrea George |

Type of Supervision: Supervised Release

Date Supervision Commenced: February 9, 2023

Date Supervision Expires: February 8, 2032

### PETITIONING THE COURT

To issue a **warrant**.

On February 9, 2023, the conditions of supervision were reviewed with Mr. Leland. He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #6**: You must reside in a residential reentry center (RRC) for a period of up to 180 days, or an approved clean and sober residence, at the direction fo the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction fo the supervising officer. You must abide by the rules and requirements of the facility/residence.

**Supporting Evidence**: John Leland allegedly violated the terms of his supervised release by being terminated from the RRC, on or about November 13, 2023.

John Leland is a participant of the Sobriety Treatment and Education Program (STEP). During the August 17, 2023, STEP session, he was sanctioned and required to enter into a RRC. On August 28, 2023, placement with the RRC was secured and Mr. Leland commenced residing there. |

Prob12C
Re: Leland, John Earl
November 13, 2023
Page 2

On November 9, 2023, RRC staff reported concerns surrounding numerous noncompliance issues with Mr. Leland, to include gambling, deviating, driving an unauthorized vehicle and receiving an unauthorized ride. Mr. Leland was at risk for being terminated from the program. The concerns were addressed with him and he indicated his intension to resume compliance.

However, that same day, his noncompliance with the RRC continued, to include returning to the facility more than 30 minutes late.

As a result, the RRC terminated his placement in November 13, 2023.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/13/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer
11/13/23

Date