PROB 12C
(6/16)

Report Date: December 8, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Dec 08, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland                    Case Number: 0980 2:15CR00031-JAG-1

Address of Offender: ████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable James A. Goeke, U.S. Magistrate Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 70 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 20, 2021) | Prison - 90 days; TSR - 108 months | |
| Revocation Sentence: (February 28, 2022) | Prison - 14 months; TSR - 108 months | |
| Asst. U.S. Attorney: | Daniel Fruchter | Date Supervision Commenced: February 9, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: February 8, 2032 |

### PETITIONING THE COURT

To issue a **warrant**.

On February 9, 2023, the conditions of supervision were reviewed with Mr. Leland.  He signed his judgment acknowledging an understanding of his conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special  Condition #6:** You must reside in a residential reentry center (RRC) for a period of up to 180 days, or an approved clean and sober residence, at the direction fo the supervising officer.  Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction fo the supervising officer.  You must abide by the rules and requirements of the facility/residence. |

**Supporting Evidence**: John Leland allegedly violated the terms of his supervised release by being terminated from the RRC on or about December 7, 2023.

John Leland is a participant of the Sobriety Treatment and Education Program (STEP).  During the November 16, 2023, STEP session, he was sanctioned and required to enter into

**Prob12C**
**Re: Leland, John Earl**
**December 8, 2023**
**Page 2**

the RRC.  On November 27, 2023, placement with the RRC was secured.    Mr. Leland released from custody and commenced placement on that date.

On December 7, 2023, RRC staff reported concerns surrounding Mr. Leland deviating from his approved out time from the facility and being in an unauthorized vehicle.  As a result, the RRC terminated his placement.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/08/2023

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS
[  ]    No Action
[✓]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other



Signature of Judicial Officer

December 8, 2023

Date