PROB 12C  
(6/16)

Report Date: March 29, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 29, 2024

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland     Case Number: 0980 2:15CR00031-WFN-1

Address of Offender: ███████ Spokane, Washington 99217

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge  
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 70 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 20, 2021) | Prison - 90 days; TSR - 108 months | |
| Revocation Sentence: (February 28, 2022) | Prison - 14 months; TSR - 108 months | |
| Asst. U.S. Attorney: | Earl Hicks | Date Supervision Commenced: February 9, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: February 8, 2032 |

## PETITIONING THE COURT

To issue a summons.

On February 9, 2023, a supervision intake was completed. Mr. Leland's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Leland, John Earl
March 29, 2024
Page 2

**Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, methamphetamine and cocaine, on or about March 24, 2024.

On March 25, 2024, John Leland reported to the probation office. He submitted to a urinalysis which tested presumptive positive for methamphetamine and cocaine. He admitted to consuming both substances and signed a drug use admission form indicating use on March 24, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 03/29/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

3/29/2024

Date