PROB 12C
(6/16)

Report Date: April 22, 2024

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 22, 2024**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland      Case Number: 0980 2:15CR00031-TOR-1

Address of Offender: ███████████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine , 21 U.S.C. §§ 841(a)(1), (b)(1)(B) and 846 | |
| Original Sentence: | Prison - 70 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 20, 2021) | Prison - 90 days; TSR - 108 months | |
| Revocation Sentence: (February 28, 2022) | Prison - 14 months; TSR - 108 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: February 9, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 8, 2032 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/29/2024.

On February 9, 2023, a supervision intake was completed. Mr. Leland's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
# Re: Leland, John Earl
**April 22, 2024**
Page 2

**Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, Fentanyl, on or about March 25, 2024.

Mr. Leland is engaged in substance abuse treatment with Beyond Behavioral Health (BBH). On March 25, 2024, he submitted to a urinalysis. A lab report was received noting a positive presence for Fentanyl, methamphetamine/amphetamine and cocaine. (The use of methamphetamine and cocaine in this in instance was already alleged in violation number 1 contained in ECF 417).

3   **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, marijuana, on or about April 15, 2024.

On April 15, 2024, Mr. Leland reported to the U.S. Probation Office (USPO). He submitted to a urinalysis which tested presumptive positive for marijuana, cocaine, and methamphetamine. He denied use and the sample was sent to the lab. The lab report has since been received and noted a positive presence for marijuana.

4   **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances..

**Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, cocaine, on or about April 15, 2024.

On April 15, 2024, Mr. Leland reported to the U.S. Probation Office (USPO). He submitted to a urinalysis which tested presumptive positive for marijuana, cocaine, and methamphetamine. He denied use and the sample was sent to the lab. The lab report has since been received and noted a positive presence for cocaine.

**Prob12C**
**Re: Leland, John Earl**
**April 22, 2024**
**Page 3**

    5    **<u>Standard Condition #5:</u>** You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hors of becoming aware of a change or expected change.

        **Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by failing to report a change in residence, on or about April 15, 2024.

        On April 15, 2024, Mr. Leland reported he was terminated from the Oxford House, where he was approved to reside, due to his relapse (see violation number 1 contained in ECF 417). He advised that he stayed the previous evening at the Union Gospel Mission and would continue residing there until he was approved to return to the Oxford House, which he suspected would be in approximately 2 weeks.

        On April 22, 2024, the undersigned contacted the UGM and was advised that Mr. Leland had not stayed at their facility on the dates in question.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

        I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | 04/22/2024 |
|---|---|
| | s/Melissa Hanson |
| | Melissa Hanson<br>U.S. Probation Officer |

Prob12C

Re: Leland, John Earl
April 22, 2024
Page 4

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Thomas O. Rice
United States District Judge

April 22, 2024
Date