PROB 12C
(6/16)

Report Date: April 24, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 24, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: John Earl Leland   Case Number: 0980 2:15CR00031-TOR-1

Address of Offender: Spokane County Jail

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 70 months; TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 20, 2021) | Prison - 90 days; TSR - 108 months | |
| Revocation Sentence: (February 28, 2022) | Prison - 14 months; TSR - 108 months | |
| Asst. U.S. Attorney: | Earl A. Hicks | Date Supervision Commenced: February 9, 2023 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: February 8, 2032 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 3/29/2024 and 4/22/2024.

On February 9, 2023, a supervision intake was completed. Mr. Leland's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 2**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Leland, John Earl
April 24, 2024
Page 2

        **Supporting Evidence**:  It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 15, 2024.

        On April 15, 2024, Mr. Leland reported to the U.S. Probation Office (USPO).  He submitted to a urinalysis which tested presumptive positive for marijuana, cocaine, and methamphetamine.  He denied use and the sample was sent to the lab.  The lab report has since been received and noted a positive presence for methamphetamine.

7        **Special Condition # 3**: You must not enter into or remain in any establishment where alcohol is the primary item of sale.  You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**:  It is alleged that John Leland violated the terms of his supervised release by consuming alcohol, on or about April 17, 2024.

        On April 23, 2024, contact was made with Mr. Leland's treatment provider with Beyond Behavioral Health.  They advised that Mr. Leland submitted to a urinalysis on April 17, 2024.  The lab results confirmed a positive presence for marijuana, methamphetamine, cocaine and alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/24/2024

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

Prob12C
**Re: Leland, John Earl**
**April 24, 2024**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [X] Other : Revocation hearing scheduled for 5/23/2024 remains set.

_____
Thomas O. Rice
United States District Judge
April 24, 2024
Date