PROB 12C
(6/16)

Report Date: September 16, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 17, 2025**

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: John Earl Leland | Case Number: 0980 2:15CR00031-TOR-1 |
| Address of Offender: ▇▇▇▇▇▇▇ Ephrata, Washington 98823 | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: January 13, 2016

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(B)(viii) | |
| Original Sentence: | Prison - 70 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(July 20, 2021) | Prison - 90 days<br>TSR - 108 months | |
| Revocation Sentence:<br>(February 28, 2022) | Prison - 14 months<br>TSR - 108 months | |
| Revocation Sentence:<br>(May 22, 2024) | Prison - 16 months<br>TSR - 60 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: April 24, 2025 |
| Defense Attorney: | Andrea George | Date Supervision Expires: April 23, 2030 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/18/2025, and 08/05/2025.

On April 30, 2025, a supervision intake was completed. Mr. Leland's judgment was reviewed with him. He signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Leland, John Earl
September 16, 2025
Page 2

**Supporting Evidence**: It is alleged that John Leland violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about September 4, 2025.

On September 4, 2025, Mr. Leland provided a urinalysis that tested presumptive positive for methamphetamine. Mr. Leland denied relapsing on methamphetamine and the urinalysis specimen was sent to a contracted laboratory for confirmation of this substance. On September 13, 2025, the urinalysis specimen was determined to be confirmed positive for methamphetamine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 16, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other
  **The revocation hearing scheduled for 10/1/2025 remains set.**

Signature of Judicial Officer

September 17, 2025

Date